## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: April 9, 2012 |
| Court Reporter: | Paul Zuckerman | |
| Interpreter: | Ruth Warner | |

Criminal Action No. 12-cr-00047-MSK

| *Parties*: | | *Counsel Appearing:* |
|---|---|---|
| UNITED STATES OF AMERICA, | | Susan Knox |
| | | Stephanie Podolak |
| | Plaintiff, | |
| v. | | |
| 2. | RAFAEL VALDIVIA-LOMELL, (Int.) a/k/a "Rafa," | Richard Irvin |
| 5. | MAHDI GARY, a/k/a "Jimbo," | Miller Leonard |
| 6. | DERRICK GREGORY, a//k/a "DG," | Alaurice Tafoya-Modi |
| 7. | NICOLE GREGORY, | Craig Rossi |
| 8. | DARRYL HICKEY, a/k/a "Twin," | Steven Jacobson |
| 9. | TAIRA HOLLIDAY, | Thomas Ward |
| 10. | DORIAN JONES, a/k/a "St. Louis," | Peter Menges |
| 11. | ALEJANDRO JURADO-GARCIA, a/k/a "The Mechanic," | Robert Driscoll |
| | Defendants. | |

## COURTROOM MINUTES

HEARING: Motions

**10:34 a.m.    Court in session.**

Defendants Nicole Gregory and Darryl Hickey are present on bond. The remaining defendants are present in custody, except those identified as fugitives by the Government.

Interpreter sworn.

The Court addresses the Government's Motion to Continue **(Doc. #73)**.

Argument.

The Court addresses setting the matter for trial.

Statements from counsel.

The Court made specific oral findings as to complexity justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:** The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Government's Motion to Continue **(Doc. #73)** is **GRANTED.** Trial is set to begin on **February 4, 2013 at 1:30 p.m.** (4 weeks). All other days will begin at 8:30 a.m. unless counsel are advised otherwise. This trial is set in a second position to another criminal trial at this time. Final Trial Preparation Conference is set on **February 1, 2013 at 4:00 p.m.**

**ORDER:** Discovery motions will be filed by **June 25, 2012** and the Government's responses will be filed by **July 9, 2012.** All other motions will be filed by **August 17, 2012** and the Government's responses will be filed by **September 17, 2012.** Motions hearing is set on **September 24, 2012 at 10:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO. Any request for a *James* determination will be made by **August 17, 2012.** At the time of the Motions hearing, the Court will set forth the James proffer schedule as well as deadlines for disclosure of expert witnesses under Rule 16 and 702 for both sides.

The Court addresses Government's Motion for Protective Order **(Doc. #88).**

Argument.

**ORDER:** Government's Motion for Protective Order **(Doc. #88)** is **WITHDRAWN.**

**ORDER:** Defendants are remanded to the care and custody of the United States Marshal Service and bond is continued as appropriate.

**11:13 a.m.     Court in recess.**

**Total Time:    39 minutes.**
**Hearing concluded.**