UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00047-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     TOBIAS LOPEZ-HERMOSILLO,
        a/k/a "Toby,"
2.     RAFAEL VALDIVIA-LOMELL,
        a/k/a "Rafa,"
3.     JESUS ALVARADO-MENDEZ,
        a/k/a "Chucky,"
4.     ISMAEL CORDOVA-FRIAS,
5.     MAHDI GARY,
        a/k/a "Jimbo,"
6.     DERRICK GREGORY,
        a//k/a "DG,"
7.     NICOLE GREGORY,
8.     DARRYL HICKEY,
        a/k/a "Twin,"
9.     TAIRA HOLLIDAY,
10.    DORIAN JONES,
        a/k/a "St. Louis,"
11.    ALEJANDRO JURADO-GARCIA,
        a/k/a "The Mechanic,"
12.    JORGE MIRELES-MONSIVAIS,

       Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

THIS MATTER comes before the Court on the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits under Specified Conditions to the Attorney for the Defendants (Motion) **(#153)** filed May 24, 2012, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials shall be disclosed to the attorneys for the defendants in the above captioned case and in related cases: 12-cr-44-CMA, 12-cr-45-WYD, 12-cr-46-REB, and 12-cr-48-WJM for preparation for trial. It is

**FURTHER ORDERED** that the disclosed copies of the Grand Jury transcripts and materials are subject to the Protective Order previously entered in this case (Doc 136) and are to be handled accordingly.

DATED this 24th day of May, 2012.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge